No. 92–578. ZAL *v.* STEPPE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–588. BARNES ET AL. *v.* MOORE, ATTORNEY GENERAL OF MISSISSIPPI. C. A. 5th Cir. Certiorari denied.

No. 92–591. UNITED STATES *v.* POINDEXTER. C. A. D. C. Cir. Certiorari denied.

No. 92–592. FARM FRESH, INC. *v.* SHAFFER ET AL. C. A. 4th Cir. Certiorari denied.

No. 92–629. AUL ET AL. *v.* ALLSTATE LIFE INSURANCE CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–643. CITY OF HENDERSON ET AL. *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA (NEVADA ENTERTAINMENT INDUSTRIES, INC., ET AL., REAL PARTIES IN INTEREST). C. A. 9th Cir. Certiorari denied.

No. 92–647. TAFFETT ET AL. *v.* SOUTHERN CO. ET AL. C. A. 11th Cir. Certiorari denied.

No. 92–648. KOTROSITS ET AL. *v.* GATX CORPORATION NON-CONTRIBUTORY PENSION PLAN FOR SALARIED EMPLOYEES. C. A. 3d Cir. Certiorari denied.

No. 92–650. RIFFE *v.* BROWN ET AL. Sup. Ct. App. W. Va. Certiorari denied.

No. 92–653. CITY OF ARLINGTON, TEXAS *v.* FIRST GIBRALTAR BANK, F. S. B. C. A. 5th Cir. Certiorari denied.

No. 92–654. JOHNSON ET AL. *v.* RAYES. C. A. 8th Cir. Certiorari denied.

No. 92–664. RILEY *v.* KINGSLEY UNDERWRITING AGENCIES, LTD., ET AL. C. A. 10th Cir. Certiorari denied.

No. 92–666. LAIRD *v.* BLACKER, ADMINISTRATOR OF THE ESTATE OF WINNIKOFF, DECEASED, ET AL. Sup. Ct. Cal. Certiorari denied.